UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JENA CUEVAS** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 11-1467** |
| | * | |
| **HOUSE OF SHOCK, LLC** | * | **SECTION "L"(1)** |

## ORDER

Pursuant to the Motion for Dismissal, with Prejudice, filed on behalf of Plaintiff, Jena Cuevas (R. Doc. 39),

**IT IS ORDERED** that the claims of Plaintiff, Jena Cuevas, against Defendant, The House of Shock, LLC d/b/a The House of Shock be and are hereby **DISMISSED WITH PREJUDICE**, each party to bear their own costs.

New Orleans, Louisiana, this 7th day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE